**DISMISS; and Opinion August 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01479-CR
No. 05-14-01480-CR

**MARCUS STEVE MCCLARITY, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-56375-R, F14-56269-R**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

141479F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARCUS STEVE MCCLARITY, JR,
Appellant

No. 05-14-01479-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F10-56375-R.
Opinion delivered per curiam before Justices
Fillmore, Myers, and Evans.

      Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 18th day of August, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

MARCUS STEVE MCCLARITY, JR,
Appellant

No. 05-14-01480-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-56269-R.
Opinion delivered per curiam before Justices
Fillmore, Myers, and Evans.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 18th day of August, 2015.